NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY PEOPLES, JR., | ) | No. C 11-01196 JF (PR) |
| Plaintiff, | ) ) | ORDER ADDRESSING PLAINTIFF'S OPPOSITION TO ORDER OF |
| vs. | ) ) | PARTIAL DISMISSAL AND SERVICE |
| L. GAMBOA, | ) ) | |
| Defendant. | ) ) | (Docket No. 9) |

Plaintiff, a state prisoner at the Salinas Valley State Prison ("SVSP"), filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against prison officials for unconstitutional acts. On July 15, 2011, the Court found the complaint, liberally construed, stated a cognizable Eighth Amendment claim against Defendant Dr. L. Gamboa and ordered service upon this Defendant. The Court dismissed all other claims and defendants from this action for failure to state a claim. (See Docket No. 6.)

Plaintiff filed an "opposition/objection" under Federal Rule of Civil Procedure 72(a)(b), asserting that he was not given notice of "report and recommendation of dispositive magistrate finding[]s before finding[]s to non-dispositive judgment, order, or decision becomes final of [sic] U.S. District Judge." (Docket No. 9 at 3.) Plaintiff's objection is without merit as this matter was never referred to a magistrate judge, and the

1 complaint was screened *de novo* by this Court.

2     To the extent that Plaintiff is requesting reconsideration of the Court's dismissal of
3 the complaint against supervisory defendants, the request is DENIED. Plaintiff's attempt
4 to apply municipal liability to these individual defendants is legally erroneous. See
5 Monell v. Dep't of Social Servs., 436 U.S. 658, 690 (1978).

6     Plaintiff also claims that he was improperly denied his right to file a motion for
7 appointment of counsel, and asserts reasons why appointment of counsel is necessary in
8 his case. (Docket No. 9 at 7-8.) It does not appear that Plaintiff ever filed such a motion
9 in this Court. In the interest of justice and efficiency, the Court will construe his
10 objection pleading as such a motion. As Plaintiff is well aware, appointment of counsel is
11 not a constitutional guarantee for pro se plaintiffs (id.), and requires a showing of
12 exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997);
13 Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d
14 1328, 1331 (9th Cir. 1986). The request for appointment of counsel is DENIED without
15 prejudice as Plaintiff's allegations are insufficient to show exceptional circumstances.

16     IT IS SO ORDERED.

17 DATED: 9/1/11

18                                                                      JEREMY FOGEL
                                                                     United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY PEOPLES JR,

        Plaintiff,

  v.

L. GAMBOA,

        Defendant.

Case Number: CV11-01196 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/8/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Peoples H63933
Salinas Valley State Prison
P.O. Box 1050
D9-143L
Soledad, CA 93960-1050

Dated: 9/8/11

                                    Richard W. Wieking, Clerk