FILED

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PEOPLES, JR., <br><br> Plaintiff, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. 5:11-cv-01196-JF <br><br> **ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING** <br><br> [PROPOSED] <br><br> Judge:   Hon. Jeremy Fogel |

This Court hereby grants the Ex Parte Application of Defendant L. GAMBOA, M.D., for an order extending the deadline to file an initial responsive pleading in this case to September 30, 2011.

IT IS SO ORDERED:

Dated: __9-24__, 2011

Honorable Jeremy Fogel
United States District Court Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY PEOPLES JR,

        Plaintiff,

v.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

Case Number: CV11-01196 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _9/23/11_, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Peoples H63933
Salinas Valley State Prison
P.O. Box 1050
D9-143L
Soledad, CA 93960-1050

Dated: _9/23/11_

Richard W. Wieking, Clerk
E. Baran, Deputy Clerk