IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PEOPLES, JR., H-63933,<br><br>    Plaintiff,<br><br>v.<br><br>L. GAMBOA,<br><br>    Defendant.<br>_____/ | No. C 11-01196 CRB (PR)<br><br>(9th Cir. No. 13-15124)<br><br>ORDER<br><br>(Docket # 65) |

    This matter has been referred to the district court by the Ninth Circuit for the limited purpose of determining whether in forma pauperis status should continue on plaintiff's appeal or whether the appeal is frivolous or taken in bad faith.

    Pursuant to 28 U.S.C. § 1915(a)(3), the court has reviewed the record and certifies in writing that the appeal is frivolous and not taken in good faith.

    The clerk shall serve a copy of this order on the parties and on the Ninth Circuit.

SO ORDERED.

Dated: Feb. 12, 2013

    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\CRB\CR.11\Peoples, T.11-1196.ref.wpd